UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN J. WALSH**,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**TNT OUTDOOR LANDSCAPE SERVICES LLC,**<br><br>　　　　　　　Respondent. | Case No. 1:22-mc-115<br><br>Hon. Magistrate Judge Ray Kent |

### ORDER DIRECTING RESPONDENT TO APPEAR FOR IN-PERSON SHOW CAUSE HEARING

Respondent **TNT OUTDOOR LANDSCAPE SERVICES LLC**, having failed to Show Cause why they have not responded to this Court's Order to produce documents responsive to the Subpoena *Duces Tecum* issued by the Wage and Hour Division, United States Department of Labor, and duly served upon Respondent, it is:

**ORDERED** that Taylor Umstead, the Owner and President of Respondent, appear in person on **April 12, 2023, at 10:30 a.m. at 584 Federal Building, 110 Michigan St., NW, Grand Rapids, Michigan**, and Show Cause why Respondent has not responded to this Court's Orders nor produced documents responsive to the outstanding Subpoena *Duces Tecum*, and it is further

**ORDERED** that the United States Marshal shall serve forthwith certified copies of this Order and of the Petition on TNT Landscape Services LLC at 8628 Cairn Highway, Elk Rapids, Michigan 49690, or other location where it can be found, and it is further

**ORDERED** that the Secretary is granted leave to seek sanctions against Respondent at a later date if Respondent continues to fail to comply with this Court's Orders.

DATED: February 28, 2023

/s/ **Ray** Kent
_____
RAY KENT
United States Magistrate Judge