UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case No: 1:22-mc-00115-RSK | | | |
|---|---|---|---|
| **Caption:** Martin J. Walsh v. TNT Outdoor Landscape Services, LLC | | | |
| **Date:** April 12, 2023 | **Time:** 10:29 – 10:39 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PETITIONER: | Travis Gosselin | Martin J. Walsh, *Secretary of Labor, United States Department of Labor* |
| RESPONDENT: | Taylor Humstead - *Pro se* | TNT Outdoor Landscape Services, LLC |

**PROCEEDINGS**

NATURE OF HEARING:

SHOW CAUSE HEARING held why respondent has not responded to this Court's orders nor produced documents responsive to the outstanding subpoena duces tecum.

Order to issue.

Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter